IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CARDWELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF FRESNO and DAVID GODFREY,<br><br>    Defendants.<br>_____/ | CASE NO. 1:10-CV-1249-LJO-SMS<br><br>**ORDER ON STIPULATIONS TO MOTIONS IN LIMINE** (Doc. 31) |

The Court has received and reviewed the Stipulations re Motions in Limine (Doc. 31). All are granted. The ORDER Of the Court is as follows:

1. Counsel are precluded from making reference to:
    A. The size of McCormick Barstow;
    B. Tape recordings made by the plaintiff of his conversations with employees of the defendant;
    C. Kevin Locke's shopping for a car during working hours; and
    D. Bert Weldon's having a trailer at the county yard.
2. Witnesses shall be excluded from the courtroom except when they are testifying; and
3. The first cause of action for ADA discrimination does not apply to David Godfry.

**IT IS SO ORDERED.**

**Dated:    April 19, 2012**                              /s/ Lawrence J. O'Neill
                                                          **UNITED STATES DISTRICT JUDGE**

1