UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CARDWELL, | Case No.  1:10-CV-1249 LJO- SMS |
| Plaintiff, | **ORDER RE TRIAL CONTINUANCE** |
| v. | Jury Trial:  October 10, 2012 |
| COUNTY OF FRESNO, DAVID GODFREY, an individual and DOES 1 to 50, inclusive, | (5 days est.)<br>Time:     8:30 a.m.<br>Court:    #4<br>Judge:    Judge Lawrence O'Neill |
| Defendants. | |

Based on Courtroom unavailability, the trial in this matter, which was set for May 1, 2012, is being continued to **October 10, 2012** at 8:30 a.m. in Courtroom 4.  The parties have met and conferred and are in agreement with this new trial date.

The Pre-Trial Order issued April 5, 2012 is hereby amended with respect to the following dates set forth below.  The original pretrial order sets forth in greater detail the responsibilities of the parties and the specific requirements regarding the pretrial matters, and remains in effect with the exception of the amended dates contained herein.

O.   WITNESSES

No later than **October 3, 2012**, each party shall file and serve a final witness list.

Q.   EXHIBITS

No later than **October 3, 2012**, the parties shall exchange their proposed exhibits to the

extent that they have not done so already. The parties' counsel shall meet and conduct an exhibit conference no later than **September 24, 2012**, to pre-mark and examine trial exhibits and to prepare exhibit lists to the extent that they have not done so already. No later than **October 3, 2012**, the parties shall file and serve their final list of respective pre-marked exhibits. No later than **October 9, 2012**, the parties shall submit to the Clerk's office all pre-marked trial exhibits, including all originals and one copy. Joint exhibits, if any, shall be admitted into evidence for all purposes.

R. DISCOVERY DOCUMENTS

No later than **October 3, 2012**, the parties shall file and serve a final list of discovery documents that they intend to use a trial. No later than **October 3, 2012**, the parties shall submit to the Clerk's office all pre-marked discovery documents.

Deposition testimony shall be designated by page and line number, with such designation to be filed and served no later than **October 3, 2012**. Any counter-designation as to the same deposition (also set out by page and line number) shall be filed and served no later than **October 4, 2012**. The original certified transcript of any deposition identified in a designation or counter-designation shall be lodged with the Clerk's office no later than **October 9, 2012**, if not previously filed with the Court.

U. TRIAL PREPARATION AND SUBMISSIONS

1. Trial Briefs

In the event a party wishes to file a Trial Brief, it must be filed and served no later than **October 3, 2012**.

2. Neutral Statement of the Case

The parties shall serve a neutral, brief statement of the case, which is suitable for reading to the jury, on one another by no later than **October 3, 2012**.

3. Proposed Voir Dire

The parties shall file and serve any proposed jury voir dire by no later than **October 3, 2012.**

4. Proposed Jury Instructions

2

1 The parties shall serve their proposed jury instructions on one another by no later than **October 2, 2012**. The parties shall conduct a conference to address their proposed jury instructions by no later than **October 3, 2012**. The parties shall file and serve all agreed-upon jury instructions and identify them as such, by no later than **October 3, 2012**.

For those jury instructions on which the parties could not agree, by no later than **October 3, 2012**, plaintiff may file and serve no more than 10 proposed jury instructions and identify them as instructions upon which the parties could not agree. Similarly, by no later than **October 3, 2012**, defendant may file and serve no more than 10 proposed jury instructions and identify them as instructions upon which the parties could not agree.

By no later than **October 3, 2012** the parties may file and serve meaningful written objections to disputed jury instructions proposed by another party.

### 5. Proposed Verdict Form

The parties shall serve their proposed verdict form on one another by no later than **October 3, 2012**. The parties shall conduct a conference to address their proposed verdict form by no later than **October 3, 2012**. The parties shall file and serve the agreed-upon verdict form, and identify it as such, by no later than **October 3, 2012**. If a party seeks additions to the agreed-upon verdict form, that party may file and serve by no later than **October 3, 2012**, a proposed verdict form which includes the agreed-upon portions and additions which are clearly indicated on that party's proposed verdict form.

### 6. Other Matters

All proposed jury instructions and verdict forms shall be e-mailed as a WordPerfect and/or Word attachment to ljoorders@caed.uscourts.gov and mgiacomazzi@caed.uscourts.gov by no later than **October 3, 2012**.

IT IS SO ORDERED.

Dated:   **April 25, 2012**                    /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28