# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT CARDWELL, | CASE NO. CV F 10-1249 LJO SMS |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 41.) |
| COUNTY OF FRESNO, et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;

2. VACATES all pending matters; and

3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:  October 3, 2012**              /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE